✓ FILED ___ LODGED
___ RECEIVED ___ COPY

2017 APR 19 P 2:00

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
Angela W. Woolridge
Assistant U.S. Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | **I N D I C T M E N T** |
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(False Statement in Connection with Purchase of Firearm)<br>Counts 1, 2 |
| Gregory Devon Franklin, | |
| Defendant. | 18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)<br>Forfeiture |

**THE GRAND JURY CHARGES:**   CR17-637 TUC JAS(LAB)

## COUNT 1

On or about February 19, 2017, at or near Tucson, in the District of Arizona, GREGORY DEVON FRANKLIN, in connection with the acquisition of firearms, that is one Celik Silah Sanayi Emperor, model MTP 12, 12 gauge shotgun, serial number M15100483; and one American Tactical Imports, model AT-47 7.62x39mm caliber rifle, serial number FS003551; from Desert Weaponry, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Desert Weaponry, which statement was intended and likely to deceive Desert Weaponry as to a fact material to the lawfulness of such sale of said firearms to the defendant under Chapter 44 of Title 18, in that GREGORY DEVON FRANKLIN represented that he was the actual buyer of the firearms when in fact he was not and was

acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2

On or about February 19, 2017, at or near Tucson, in the District of Arizona, GREGORY DEVON FRANKLIN, in connection with the acquisition of a firearm, that is one Ruger, model LCP, .380 caliber pistol, serial number 371845494; from Guns To Ammo, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Guns To Ammo, which statement was intended and likely to deceive Guns To Ammo as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that GREGORY DEVON FRANKLIN represented that he was the actual buyer of the firearm when in fact he was not and was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Counts One and Two of this Indictment, the defendant, GREGORY DEVON FRANKLIN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to: one Celik Silah Sanayi Emperor, model MTP 12, 12 gauge shotgun, serial number M15100483; one American Tactical Imports, model AT-47 7.62x39mm caliber rifle, serial number FS003551; and one Ruger, model LCP, .380 caliber pistol, serial number 371845494.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said

defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
Presiding Juror

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/s/

Assistant U.S. Attorney

Dated:   April 19, 2017

REDACTED FOR
PUBLIC DISCLOSURE